E-FILED
Thursday, 29 July, 2010  09:49:15 AM
Clerk, U.S. District Court, ILCD



FILED
JUL 2 8 2010
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ADAN ROMO, JESSICA GOMEZ, and TERRY SIMPSON, on behalf of themselves and all other persons similarly situated known and unknown, ) ) ) ) ) | |
| Plaintiffs, ) ) | Miscellaneous No. 10-MC-1070 |
| ) ) | Case No. 09 C 3429 In the United States District Court for the Northern District of Illinois |
| MANPOWER, INC., KANE COUNTY PERSONNEL, INC., and MANPOWER OF INDIANA, L.P., ) ) ) ) ) | |
| Defendants. ) | |

## MOTION TO QUASH SUBPOENA
## SERVED BY PLAINTIFFS ON PEORIA MANPOWER, INC.

NOW COMES Peoria Manpower, Inc., by counsel, and for its Motion for Quash Subpoena served by Plaintiffs on Peoria Manpower, Inc., states as follows:

1. Peoria Manpower, Inc. ("Peoria Manpower") is an Illinois corporation with offices in Peoria, Bloomington, Champaign, Rantoul, and Mattoon, Illinois, engaged in the temporary employment service business. Peoria Manpower is not a party to the above-captioned lawsuit now pending in the United States District for the Northern District of Illinois.

2. On July 13, 2010, Peoria Manpower received a subpoena from the Plaintiffs in the above-captioned lawsuit which was issued out of the United States District Court for the Central District of Illinois. A copy of the July 9th Subpoena is attached to Peoria Manpower's Memorandum in Support of Motion to Quash Subpoena as Exhibit A, and the Memorandum in Support of Motion to Quash Subpoena is being filed concurrently herewith.

3. By agreement of counsel for the parties, Peoria Manpower's deadline to respond to the Subpoena was set for July 28, 2010. This extension was granted in an effort to allow

PEO-264174-1

counsel for Plaintiffs and Peoria Manpower the opportunity to confer to see if the dispute over the scope of the Subpoena could be resolved. A copy of the July 22, 2010 letter from counsel for Peoria Manpower to counsel for Plaintiffs setting forth the extension of the deadline is attached to the Memorandum in Support of Motion to Quash Subpoena as Exhibit F.

4.  The July 9th Subpoena should be quashed because it seeks documents and material that are neither relevant to the issues raised by the parties in the litigation now pending in the United States District Court for the Northern District of Illinois, nor reasonably calculated to lead to the discovery of admissible evidence in the pending litigation. See, Fed.R.Civ.P. 26(b)(1).

5.  The Subpoena should also be quashed because it is an improper fishing expedition for potential new parties and new causes of action to the pending litigation, it is cumulative and duplicative to discovery that could be obtained from a more convenient source, and imposes an undue burden on Peoria Manpower. See, Fed.R.Civ.P. 26(b)(2)(C) and Fed.R.Civ.P. 45(c)(3)(A)(i).

6.  Peoria Manpower is filing a Memorandum in Support of Motion to Quash Subpoena concurrently herewith

WHEREFORE, Movant, Peoria Manpower, Inc., respectfully requests this Court to enter an Order quashing the July 9, 2010 Subpoena issued by Plaintiffs in the above-captioned litigation, excusing Peoria Manpower, Inc. from complying with the terms of the Subpoena, and for such other and further relief as the Court deems just and proper.

                                                Respectfully submitted,

                                            s/Stephen M. Buck

Dated:  July 28, 2010

                                        Stephen M. Buck, Bar Number:  6209958
                                        Husch Blackwell Sanders LLP
                                        401 Main Street, Suite 1400
                                        Peoria, Illinois  61602-1241
                                        Telephone:  (309) 637-4900
                                        Facsimile:   (309) 637-4928
                                        E-mail:  stephen.buck@huschblackwell.com

                                        *Attorneys for Peoria Manpower, Inc.*